**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 26-6286**

---

WILLIAM PARKE CUSTIS,

        Plaintiff - Appellant,

   v.

RICHARD S. PHILLIPS, Esquire,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:25-cv-00775-DJN-MRC)

---

Submitted:  July 16, 2026                                           Decided:  July 21, 2026

---

Before WILKINSON, RICHARDSON, and QUATTLEBAUM, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

William Parke Custis, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Parke Custis appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. §§ 1915(e)(2)(B), 1915A. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Custis v. Phillips*, No. 3:25-cv-00775-DJN-MRC (E.D. Va. Jan. 29, 2026). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*